■ The People of the State of New York, Respondent, v Shawn Herring, Appellant. (Appeal No. 2.) [753 NYS2d 781] —Appeal from a judgment of Supreme Court, Monroe County (Fisher, J.), entered March 6, 2001, convicting defendant upon his plea of guilty of, inter alia, robbery in the first degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737). Present—Green, J.P., Hurlbutt, Burns, Gorski and Hayes, JJ.